# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| STEVEN PALLESI,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-cv-00739-EPG<br><br>STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42. U.S.C. § 405(g)<br><br>(ECF No. 15) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted. The Appeals Council will direct the ALJ to evaluate the persuasiveness of the medical opinions, and articulate the consistency and supportability for each opinion. As needed, the ALJ will make a new residual functional capacity determination and obtain supplemental vocational evidence to assess the effect of claimant's limitations on his occupational base. The Appeals Council will also instruct the ALJ to offer the opportunity to a new hearing.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Date: *March 29, 2021*          OLINSKY LAW GROUP

By:   */s/ Caspar Chan for Stuart T. Barasch\**
STUART T. BARASCH
*\*Authorized by email on March 29, 2021*
Attorneys for Plaintiff

Date: *March 29, 2021*          PHILIP A. TALBERT
Acting United States Attorney
Eastern District of California

By:   */s/ Caspar Chan*
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

Case 1:20-cv-00739-EPG   Document 16   Filed 03/30/21   Page 3 of 3

## ORDER

The stipulated request of the parties (ECF No. 15) is GRANTED. This action is remanded for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action to complete the administrative record, as warranted. The Appeals Council will direct the ALJ to evaluate the persuasiveness of the medical opinions and articulate the consistency and supportability for each opinion.  As needed, the ALJ will make a new residual functional capacity determination and obtain supplemental vocational evidence to assess the effect of claimant's limitations on his occupational base.  The Appeals Council will also instruct the ALJ to offer the opportunity to a new hearing.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **March 29, 2021**                         /s/ *Erica P. Grosjean*
                                                                 UNITED STATES MAGISTRATE JUDGE

3